**Order entered January 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01270-CV

### CLAUDIA MARIE SKINNER, Appellant

### V.

### EDDIE CLEMMONS, Appellee

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause No. 12-1017-FC4**

## ORDER

Before the Court is the January 9, 2019 letter of Sharon Huck, Official Court Reporter for County Court at Law No. 1 of Williamson County, informing the Court that the trial court sustained her contest to appellant's affidavit of inability to pay costs. On January 14, 2019, a supplemental clerk's record containing a copy of the trial court's order sustaining the reporter's contest was filed.

Ms. Huck has informed appellant of the cost of preparing the reporter's record but appellant has not made payment or payment arrangements. Accordingly, we **ORDER** appellant to provide, by **January 31, 2019**, written verification that she has paid or made arrangements to pay the reporter's fee. We caution appellant that failure to comply may result in the Court ordering the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Huck and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE